**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 15-6528**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CLIFFORD LAIHBEN,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:07-cr-00039-CCE-1; 1:13-cv-00914-CCE-JLW)

───────────────

Submitted: July 21, 2015         Decided: July 24, 2015

───────────────

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Clifford Laihben, Appellant Pro Se. Frank Joseph Chut, Jr., Assistant United States Attorney, Terri-Lei O'Malley, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifford Laihben seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Laihben has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Laihben's motion for a transcript at government expense, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions

are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED